UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21277-CIV-KING/BANDSTRA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

$1,370,851.62 IN UNITED STATES CURRENCY,

        Defendant.

_____/

## STIPULATION AND SETTLEMENT AGREEMENT

Plaintiff the UNITED STATES OF AMERICA ("United States") and claimant Coin S.A., LLC ( "Coinsa LLC") hereby agree, subject to the court's approval, to compromise and settle the above-entitled action, upon the following terms and conditions:

1.     On May 12, 2009, the United States filed a Complaint for Forfeiture *in Rem* against the defendant currency (DE # 1). A Second Amended Complaint was filed on August 24, 2009 (DE # 43).

2.     On June 18, 2009, Coinsa LLC filed its Verified Claim asserting an interest in the defendant currency (DE # 20). Coinsa LLC filed its Answer and affirmative defenses on November 9, 2009 (DE # 57).

3.     The notice and publication periods herein have expired, and no other claim or answer has been filed. *See* DE # 36.

4.     Following discovery, the parties filed cross-motions for summary judgment. On October 6, 2010, the assigned magistrate judge issued a Report and Recommendation granting summary judgment in favor of Coinsa LLC (DE # 96).

In order to resolve this forfeiture action and to avoid further litigation costs, the United States and Coinsa LLC (the "parties") hereby agree to enter into this Agreement without the admission of

any issue of fact or law.

THEREFORE, the parties stipulate and agree as follows:

5.      This Settlement Agreement does not constitute precedent on any legal issue for any purpose whatsoever.

6.      The defendant currency, in the amount of $1,370,851.62 in United States currency, plus interest earned from the date of deposit into the Treasury Suspense Account to the date of payment, will be returned to Coinsa LLC, less any debt owned to the United States, any agency of the United States, or any other debt which the United States is authorized to collect.

7.      The United States will pay $600,000.00 in full settlement of Coinsa LLC's attorneys' fees and other litigation costs incurred in connection with this action.

8.      The payments to Coinsa LLC shall be by one or more electronic funds transfer to the trust account of Coin LLC's counsel, that is, **"Rothman & Associates, P.A. IOTA Trust Account."**

9.      Upon execution of this Settlement Agreement, the United States will file with the Court an agreed motion for entry of an order approving and adopting this Settlement Agreement, releasing the defendant currency from forfeiture, and providing for the payments noted above.

10.     Coinsa LLC, on behalf of itself and its heirs and assigns, hereby releases, forever discharges and holds harmless the United States, the U.S. Immigrations and Customs Enforcement, the U.S. Customs and Border Protection, and their past, present and future officers, agents, employees, representatives and other persons acting on their behalf, from any and all actions, causes of action, suits, proceedings, debts, dues, judgments, damages, claims and/or demands of whatever kind or description that might now exist or hereafter arise on account of or in connection with any matter relating, directly or indirectly, to this case or to the seizure, detention, handling, prosecution, or disposition of the defendant currency.

11.     Except as stipulated and agreed herein, each party shall bear its own costs, expenses, and attorney's fees related to this action.

12.     The terms of this Settlement Agreement do not affect tax obligations, fines, penalties,

2

or related interest, if any, which Coinsa LLC may owe to the U.S. Internal Revenue Service, or any other monetary obligations which Coinsa LLC may owe to the United States.

13.    Federal law requires the Department of the Treasury and other disbursing officials to offset Federal payments to collect delinquent tax and not-tax debts owed to the United States, and to individual states. If an offset is made to the payment to be made to Coinsa LLC, Coinsa LLC will received a notification from the Department of Treasury at the last address provided by Coinsa LLC to the governmental agency or entity to whom the offset payment is made. If Coinsa LLC believes that its payment may be subject to an offset, Coinsa LLC may contact the Treasury Department at 1-800-304-3107.

14.    Coinsa LLC's counsel, Rothman & Associates, P.A., agrees to provide the U.S. Attorney's Office with its Taxpayer Identification Number, the Taxpayer Identification Number of Coinsa LLC, and any other information, including banking account information, that is necessary to comply with the requirements of the Treasury Offset Program.

15.    The undersigned counsel for Coinsa LLC hereby represents that he is authorized to sign this Settlement Agreement on behalf of Coinsa LLC.

16.    This Settlement Agreement may be signed in counterparts and copies of the parties' signatures will be as good as the original signatures.

3

17.    The Court shall retain jurisdiction over this action for the purpose of enforcing the terms and conditions of this Settlement Agreement.

<div style="margin-left:40%;">

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:    _A. R. Walkins_

ARIMENTHA R. WALKINS
ASSISTANT U.S. ATTORNEY
Fla. Bar No. 0897787
99 NE 4th Street, 7th Floor
Miami, Florida  33132
Tel.:  (305) 961-9091
Fax:  (305) 536-7599
E-Mail: arimentha.walkins@usdoj.gov


ON BEHALF OF CLAIMANT COIN S.A., LLC

_[signature]_

DAVID B. ROTHMAN, ESQUIRE
ROTHMAN & ASSOCIATED, P.A.
Florida Bar No. 240273
200 South Biscayne Blvd., Suite 2770
Miami, Florida 33131
E-Mail: dbr@rothmanlawyers.com
Tel: (305) 358-9000
Fax: (305) 374-5747

</div>

Dated:   October 25, 2010