UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21277-CIV-KING/BANDSTRA

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

$1,370,851.62 IN UNITED STATES CURRENCY,

   Defendant.
_____/

## NOTICE OF FILING SETTLEMENT AGREEMENT

  The United States hereby gives notice that the parties have reached a settlement. A copy of the Stipulation and Settlement Agreement between Plaintiff United States and claimant Coin S.A., LLC is being filed under separate cover.

  The United States will file an agreed motion for entry of an order approving and adopting the parties' Stipulation and Settlement Agreement by October 29, 2010.

          Respectfully submitted,

          WIFREDO A. FERRER
          UNITED STATES ATTORNEY


      By:  s/ Arimentha R. Walkins
         ARIMENTHA R. WALKINS
         ASSISTANT U.S. ATTORNEY
         Fla. Bar No. O897787
         99 N.E. 4th Street, 7th Floor
         Miami, Florida  33132
         Tel: (305) 961-9091
         Fax: (305) 536-7599
         Arimentha.Walkins@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 25, 2010, I electronically filed the foregoing document with the Clerk of the court using CM/ECF.

 S/ Arimentha R. Walkins
ARIMENTHA R. WALKINS
ASSISTANT U.S. ATTORNEY